UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADAM ROSSITER HAND,

             Plaintiff,

    v.

UNITED STATES OF AMERICA, and
FEDERAL ELECTION COMMISSION,

             Defendants.

CASE NO. **2:26-cv-01390-JHC**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 3**

The Court **GRANTS** Plaintiff's application to proceed in forma pauperis (Dkt.3) and recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before a summons is issued.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED 13th day of May, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 3 - 1