UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM ROSSITER HAND,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>Defendants. | CASE NO. 2:26-cv-01390-JHC<br><br>ORDER |

This matter comes before the Court sua sponte. On September 30, 2026, the Court dismissed Plaintiff's Complaint but granted leave to amend. Dkt. 6. Plaintiff has failed to timely amend his Complaint, *see* Dkt., and thus the Court DISMISSES this action with prejudice.

Dated this 24th day of November, 2026.

John H. Chun
United States District Judge